UNITED STATES of America,
Plaintiff–Appellee,

v.

Danny GOMEZ, Defendant–Appellant.

No. 06–10740
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Chad Eugene Meacham, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Thomas Warren Lively, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Danny Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gomez has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further re-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

sponsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.